IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERANEH MONIQUE SULLIVAN,

    Defendant.

Case No. 22-cr-127-JFH

## OPINION AND ORDER

Before the Court is a Motion to Transfer Defendant to Another Jail or in the Alternative, to Continue the Competency Hearing ("Motion") filed by Defendant Teraneh Monique Sullivan ("Defendant"). Dkt. No. 25; Dkt. No. 26. Defendant is currently detained pending trial. Dkt. No. 10. On June 1, 2022, United States Magistrate Judge Christine D. Little entered an Order committing Defendant for a psychiatric and/or psychological examination to determine whether Defendant is competent to stand trial. Dkt. No. 24. Magistrate Judge Little set a competency hearing for July 12, 2022. *Id.* A competency examination was scheduled for June 23, 2022. Dkt. No. 25 at 2. However, upon arrival at the detention facility at which Defendant is housed, the examiner was not permitted access to Defendant and could not perform the examination. *Id.* at 2-3. Defendant now seeks either: (1) a transfer to a facility that will permit the examiner access to Defendant to perform the competency examination; or (2) a continuance of the competency hearing to allow for the competency examination to be rescheduled.

As to Defendant's request for a transfer, pursuant to 18 U.S.C. § 4086, "United States marshals shall provide for the safe-keeping of any person arrested or held under the authority of any enactment of Congress pending commitment to an institution." Therefore, the United States Marshal is responsible for Defendant's safe-keeping. Defendant has cited no authority to support

her request that the Court assume control of the conditions of her confinement. The Court has provided the United States Marshal with a copy of Defendant's Motion.

As to Defendant's request that the competency hearing before Magistrate Judge Little be continued, that matter has been referred for Magistrate Judge Little's consideration [Dkt. No. 26] and will be addressed in a separate order. The parties are to coordinate the scheduling of any future competency examination with the United States Marshal to ensure that the examiner is permitted access to Defendant.

IT IS THEREFORE ORDERED that Defendant's Motion to Transfer Defendant to Another Jail [Dkt. No. 25] is DENIED.

IT IS FURTHER ORDERED that the Clerk's Office is directed to provide a copy of this Order to the United States Marshal.

Dated this 30th day of June 2022.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE